**01–430.   State v. Sanders.**

Montgomery App. No. 18566. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**01–431.   Byrd v. Krippel.**

Franklin App. No. 00AP–1006. On motion for stay by Houston Byrd, Jr. Motion denied.

**01–436.   State v. Whatley.**

Franklin App. No. 00AP–21. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–438.   State v. Stearns.**

Cuyahoga App. No. 76513. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**00–2278.   Bonacorsi v. Wheeling & Lake Erie Ry. Co.**

Stark App. No. 1999CA00407.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

COOK, J., not participating.

**00–2299.   Manigault v. Ford Motor Co.**

Cuyahoga App. No. 73147.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–99.   State v. Walls.**

Butler App. No. CA99–10–174. Cause held for the decision in 00–1829, *State ex rel. Wehrung v. Dinkelacker,* Hamilton App. No. C–000449; briefing schedule stayed.

COOK, J., would allow on Proposition of Law No. I only and hold the cause for the decision in 00–1829.

F.E. SWEENEY and PFEIFER, JJ., dissent.